**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DANIEL A. BINDA,**

    Plaintiff,

v.                                                 **CIVIL ACTION NO.: 3:17-CV-88
(GROH)**

**WINCHESTER HOSPITALITY, LLC,**
**d/b/a HAMPTON INN MARTINSBURG**

    Defendant.

**ORDER DISMISSING CASE**

Because the Court has received notice that the parties have reached a settlement agreement on all issues in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety days. All pending motions are **TERMINATED AS MOOT**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** January 19, 2018

*[Signature]*
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE